

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2019

No. 04-19-00099-CR

**IN RE** Gabriel James **FUENTES**

Original Habeas Proceeding[1]

**ORDER**

On February 22, 2019, relator filed a petition for writ of habeas corpus. After considering the petition, this court concludes we do not have jurisdiction. Accordingly, the petition for writ of habeas corpus is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on March 13, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015CR5272W, styled *The State of Texas v. Gabriel James Fuentes*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Lori I. Valenzuela presiding.